**DISMISS and Opinion Filed August 1, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00957-CV**

**GERRI SAVALA GOLD, Appellant**
**V.**
**SOUTH SIDE PLAZA 455 LTD, L.L.P., Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02623-C**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

Appellant's brief in this case is overdue. By postcard dated June 21, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days.[1] We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

---

[1] Our notice was returned, and although the Clerk's office called and left appellant a voice mail directing her to update her address with the Court, appellant has failed to do so.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230957F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GERRI SAVALA GOLD, Appellant

No. 05-23-00957-CV     V.

SOUTH SIDE PLAZA 455 LTD, L.L.P., Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-02623-C.
Opinion delivered by Justice Reichek. Justices Goldstein and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 1, 2024